UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ROBERT TAYLOR BLUHM,

        Petitioner,

v.

RANDEE REWERTS,

        Respondent.
_____/

Case No. 1:19-cv-625

Honorable Paul L. Maloney

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: August 22, 2019

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge