UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ROBERT TAYLOR BLUHM,

       Petitioner,

v.

RANDEE REWERTS,

       Respondent.
_____/

Case No. 1:19-cv-625

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.

Dated: August 22, 2019

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge